**Order entered December 17, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00440-CV

## OBSIDIAN SOLUTIONS, LLC F/N/A ARCO IDEAS, LLC, Appellant

### V.

## KBIDC INVESTMENTS LLC, Appellee

### On Appeal from the 14th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-17-10092

## ORDER

Before the Court is appellant's December 16, 2019 unopposed motion for an extension of time to file its appellant/cross-appellee's brief. We **GRANT** the motion and extend the time to **January 15, 2020**.

/s/     KEN MOLBERG
JUSTICE